1  Douglas E. Dexter (State Bar No. 115868)
   ddexter@fbm.com
2  Jamie E.S. Talt (State Bar No. 312853)
   jtalt@fbm.com
3  Farella Braun + Martel LLP
   One Bush Street, Suite 900
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendants
   AMAZON.COM, INC., AMAZON WEB
7  SERVICES, INC. AND AMAZON.COM
   SERVICES LLC
8

9             UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | RANDAL JEROME DALAVAI, | Case No. 3:25-cv-01841-JLS-AHG
13 | Plaintiff, | **DEFENDANT AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**
14 | vs. |
15 | AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON.COM SERVICES, LLC |
16 |  |
17 | Defendants. |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST- Case No. 3:25-cv-01841-JLS-AHG

47191\20536047.1

1  Pursuant to Fed. R. Civ. Proc. 7.1 and S.D. Cal. Civil Local Rule 40.2, the
2  undersigned certifies that Defendant Amazon Web Services, Inc. is a subsidiary of
3  Amazon.com, Inc. The undersigned certifies that no other publicly held corporation
4  owns 10% or more of its stock.

5  Amazon.com, Inc. is a publicly held corporation. It has no parent company,
6  and no other publicly-held company owns 10% or more of its stock.

8  Dated:  August 27, 2025   FARELLA BRAUN + MARTEL LLP

10  By: ___/s/ Jamie E.S. Talt___
11  Jamie E.S. Talt

12  Attorneys for Defendants AMAZON.COM, INC., AMAZON WEB SERVICES, INC. AND AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST- Case No. 3:25-cv-01841-JLS-AHG

2

47191\20536047.1