Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jamie E.S. Talt (State Bar No. 312853)
jtalt@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
AMAZON.COM, INC., AMAZON WEB SERVICES, INC. AND AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON.COM SERVICES, LLC<br><br>Defendants. | Case No. 3:25-cv-01841-JLS-AHG<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST- Case No. 3:25-cv-01841-JLS-AHG

47191\20536403.1

Pursuant to Fed. R. Civ. Proc. 7.1 and S.D. Cal. Civil Local Rule 40.2, the undersigned certifies that Defendant Amazon.com Services LLC is a wholly-owned subsidiary of Amazon.com Sales, Inc., which is in turn a wholly-owned subsidiary of Amazon.com, Inc. No other publicly held corporation owns 10% or more of Amazon.com Services LLC's stock.

Amazon.com, Inc. is a publicly held corporation. It has no parent company, and no other publicly-held company owns 10% or more of its stock.

Dated: August 27, 2025

FARELLA BRAUN + MARTEL LLP

By: /s/ Jamie E.S. Talt
Jamie E.S. Talt

Attorneys for Defendants AMAZON.COM, INC., AMAZON WEB SERVICES, INC. AND AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST- Case No. 3:25-cv-01841-JLS-AHG

2

47191\20536403.1