UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>                    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON.COM SERVICES LLC,<br><br>                    Defendants. | Case No.: 25-CV-1841 JLS (AHG)<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(ECF No. 14) |

      Presently before the Court is Defendants Amazon.com, Inc.'s, Amazon Web Services, Inc.'s, and Amazon.com Services LLC's Motion to Dismiss Plaintiff's First Amended Complaint ("Mot.," ECF No. 14). Also before the Court is Plaintiff Randal Jerome Dalavai's Opposition to Defendants' Motion to Dismiss ("Opp'n," ECF No. 17). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriately decided on the papers without oral argument; accordingly, the Court **VACATES** the October 23, 2025, hearing and takes the Motion under submission.

      **IT IS SO ORDERED.**

Dated: October 2, 2025

                                                                           Hon. Janis L. Sammartino
                                                                           United States District Judge