UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC., et al.,<br>Defendants. | Case No.: 25-CV-1841 JLS (AHG)<br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(d)**<br>(ECF No. 27) |

Presently before the Court is Plaintiff Randal Jerome Dalavai's Motion for Leave to File Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(d) ("Mot.," ECF No. 27). The Court notes that Plaintiff failed to obtain a hearing date from chambers as required by Civil Local Rule 7.1(b). *See* S.D. Cal. CivLR 7.1(b) ("All hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned.").

"The requirement that a party obtain a hearing date from the judge's clerk is no empty formality; it is a rule of substantial importance. Under Civil Local Rule 7.1(e)(1)–(3), the hearing date sets in motion a calendar for the filing of opposition and reply briefs." *Kashin v. Kent*, No. 02-CV-2495-LAB(WMC), 2007 WL 1975435, at *1 (S.D. Cal. Apr. 26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009). "Furthermore, permitting parties to

impose hearing dates on the Court impairs the Court's ability to manage its own calendar and to monitor the timeliness of motions." *Id.* at *2. While Defendant's failure to comply with the Civil Local Rules is grounds to reject the filing, *see id.* ("Failure to obey the requirements of Civil Local rule 7.1(b) and (e)(1) regarding hearing dates was therefore a sufficient basis on which to reject the first attempted filing."); *see also* S.D. Cal. CivLR 83.1(a) (providing that failure to comply with the Civil Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court"), the Court, in its discretion, **SETS** a briefing schedule for the Motion in lieu of striking the Motion. However, the Court cautions the Parties to comply with the Civil Local Rules henceforth.

The Court finds the Motion appropriate for determination on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1), declines to set a hearing date, and takes the Motion under submission. Defendants **SHALL FILE** their opposition, or notice of non-opposition, to the Motion on or before September 15, 2026. Plaintiff **MAY FILE** its reply, if any, on or before September 22, 2026.

**IT IS SO ORDERED.**

Dated: August 27, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge